RAYMOND L. HERBERT, Respondent, *v.* FERNANDO E. DE MURIAS et al., Appellants.

*Herbert* v. *de Murias,* 115 App. Div. 901, appeal dismissed.
(Submitted April 2, 1907; decided April 16, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

November 16, 1906, which affirmed an order of Special Term denying a motion to vacate an order of arrest granted under subdivision 4 of section 549 of the Code of Civil Procedure.

*Headley M. Greene* for appellants.

*E. Powis Jones, Jr.*, and *Lyman E. Warren* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.